AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America
v.
RUIZ, RODOLFO IVAN, JR

*Defendant(s)*

Case No. 5:26-MJ-3270

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 28, 2026 in the county of Webb in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S. Code § 111(a) - Assault Involving Physical Contact of an officer. | Felony Assault Involving Physical Contact in the act of hitting the officer constitutes physical contact but does not cause severe injury or involve a weapon, it falls under 18 U.S. Code § 111(a). |

This criminal complaint is based on these facts:

Please see Attachment A.

☑ Continued on the attached sheet.

/s/ Bobby Molina
*Complainant's signature*

Bobby Molina, Deputy U.S. Marshal
*Printed name and title*

Submitted by reliable means, sworn to, signature attested telephonically per Fed. R. Crim. P.4.1:

Date: September 10, 2026

Brian C. Bajew
*Judge's signature*

City and state: Laredo, Texas

Brian C. Bajew, U.S. Magistrate Judge
*Printed name and title*

**Attachment "A" Complaint**

Your Affiant, Bobby Molina is a Deputy United States Marshal employed by the United States Marshals Service since 2009. The Affiant is authorized to make arrests and conduct criminal investigations, including fugitive investigations with respect to violent offenses and violations of both federal and state law. As such, the Affiant makes the following statements of fact under oath:

1. On or about August 20, 2026, RUIZ, Rodolfo Ivan USMS# 87600-512, was arrested by LPD and FBI case 5:26-MJ-03039-1, for affecting interstate commerce by threats or violence in violation of Title 18. U.S.C. § 1951.

2. On or about August 28, 2026, RUIZ, Rodolfo Ivan USMS# 87600-512 was housed at the Rio Grande Processing Center 101 San Rio Blvd. Laredo, Texas. and getting medically evaluated in the medical department.

3. On August 28, 2026, at approximately 0450 hours, a Code Black (staff assault) was announced over the facility radio following a spontaneous use of force in the Medical Department hallway involving detainee RUIZ.

4. The Rio Grande Processing Center security CCTV footage shows RUIZ exiting Medical from Cell 628 during a cell-side evaluation being conducted by medical staff. After exiting the cell, detainee RUIZ proceeded toward the female side hallway. The Officer (hereafter Victim) issued multiple verbal commands directing the detainee to stop and return to his assigned cell.

5. RUIZ refused all orders and became physically aggressive, by assaulting, resisting, or impeding officers while in the performance of their duties in violation of 18. U.S.C. § 111, striking Officer/Victim multiple times in the throat, face, and head area. Officer/Victim was able to secure the detainee against a wall until the responding staff arrived.

6. As staff attempted to assist and gain control of the RUIZ, he remained non-compliant and attempted to pull away from staff. Due to RUIZ's continued refusal to comply and resist staff, RUIZ was placed on the floor in efforts to regain control. Staff were able to secure RUIZ with hand and leg restraints.